1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JOHNSON** | Case No.  CIV-09-3395 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 31, 2010, to October 8, 2010.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: August 31, 2010                /s/Bess M. Brewer
                                      BESS M. BREWER
                                      Attorney at Law

                                      Attorney for Plaintiff


Dated: August 31, 2010                Benjamin B. Wagner

                                      United States Attorney

                                      /s/Elizabeth Firer
                                      ELIZABETH FIRER
                                      Special Assistant U.S. Attorney

                                      Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED:  September 2, 2010

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

2