BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN JOHNSON, ) <br>     Plaintiff, ) <br>        v. ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br>     Defendant. ) | CIVIL NO. 2:09-CV-03395 CMK <br><br> STIPULATION AND ORDER |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 35days, up to and including December 29, 2010, to respond to Plaintiff's motion for summary judgment.  This request is being made because, counsel for the Commissioner overlooked the ECF notification of Plaintiff's Motion for Summary Judgment on October 25, 2010.  Counsel became aware of her error when notified by the U.S. Attorney's Office on December 13, 2010.  Counsel currently has 6 other district court briefs due by December 23, 2010 and she must draft a Ninth Circuit brief as well.  Given this work and the Federal holiday on December 24, 2010, Counsel respectfully requests 35 days in which to file the Commissioner's Response to Plaintiff's Motion.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 13, 2010

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: December 13, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: December 13, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE