BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN JOHNSON, | CIVIL NO. 2:09-CV-03395 CMK |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 14 days, up to and including January 12, 2010, to respond to Plaintiff's motion for summary judgment. This Court had previously granted and extension to December 29, 2010. This second request is being made because, counsel for the Commissioner had an unexpected increase in her work load between December 22 and December 30, 2010, during which she has or has had to participate in discussions with the Commissioner's headquarters for an affirmative appeal – a process which has unextendable deadlines. Given this additional work and the Federal holiday on December 24, 2010, Counsel respectfully requests 14 additional days in which to file the Commissioner's Response to Plaintiff's Motion.

///

1     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated: December 29, 2010          /s/ *Bess Brewer*
                                             (As authorized via email)
                                             BESS BREWER
                                             Attorney for Plaintiff

Dated: December 29, 2010          BENJAMIN B. WAGNER
                                             United States Attorney
                                             LUCILLE GONZALES MEIS
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                             /s/ *Elizabeth Firer*
                                             ELIZABETH FIRER
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

                                                   <u>ORDER</u>

APPROVED AND SO ORDERED.


DATED:  January 4, 2011

                                               _____
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE