IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOHNSON, | No. CIV S-09-3395-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

      Plaintiff, who was proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on March 29, 2011. Pending before the court is plaintiff's unopposed motion for an award of fees under the Equal Access to Justice Act ("EAJA") (Doc. 29).

      Plaintiff seeks EAJA fees in the amount of $5,016.69. Good cause appearing therefor, and no opposition to the request being presented to the court, plaintiff's request is granted. Plaintiff is awarded $5,016.69, to be paid to plaintiff in care of his counsel, who shall give proper consideration to the Treasury Offset Program discussed in Astrue v. Ratliff, 130

1  S.Ct. 2521 (2010), in effectuating any assignment of the fee award.

2          IT IS SO ORDERED.

4  DATED: January 6, 2012

6  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE